UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Contrarian Funds, L.L.C. v. Visa Inc., et al.*, No. 21-cv-01519 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiff Contrarian Funds, L.L.C. ("Plaintiff"), which is the only plaintiff in the action *Contrarian Funds, L.L.C. v. Visa Inc., et al.*, No. 21-cv-01519 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of the claims set forth in the *Contrarian Funds* action against all of the defendants in the *Contrarian Funds* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims set forth in the *Contrarian Funds* action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: _____April 2_____, 2021.

        **VORYS, SATER, SEYMOUR AND PEASE LLP**

By: _____
Alycia N. Broz
Kenneth J. Rubin
Douglas R. Matthews
52 East Gay Street
Columbus, OH 43215
(614) 464-6400
anbroz@vorys.com
kjrubin@vorys.com
drmatthews@vorys.com

*Attorneys for Plaintiff*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

2

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Gary R. Carney
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

3

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

SO ORDERED:
s/ MKB  4/2/2021

_____
MARGO K. BRODIE
United States District Judge